**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ __1st__ Amended Plan (Indicate 1st, 2nd, etc. amended, if applicable)
☐ ____ Modified Plan (Indicate 1st, 2nd, etc. amended, if applicable)

DEBTOR: **Jaime Wong**     JOINT DEBTOR: ____     CASE NO.: **15-19415-LMI**

Last Four Digits of SS# **xxx-xx-1925**     Last Four Digits of SS# ____

**MONTHLY PLAN PAYMENT:** Including trustee's fee of 10% and beginning 30 days from filing/conversion date, Debtor(s) to pay to the trustee for the period of **60** months. In the event the trustee does not collect the full 10%, any portion not collected will be paid to the creditors pro-rata under the plan:

    A. $ **405.93** for months **1** to **60**;
    B. $ ____ for months ____ ____;
    C. $ ____ for months ____ ____; in order to pay the following creditors:

Administrative: Attorney's Fee -  $ **0.00**     TOTAL PAID $ **0.00**

Balance Due    $ **-NONE-**  payable $ ____ /month    (Months ____ to ____)

Secured Creditors: [Retain Liens pursuant to 11 USC § 1325 (a)(5)] Mortgage(s)/Liens on Real or Personal Property:

1. Fountainview Association, Inc., #2     Arrearage on Petition Date     $ ____
   Address: c/o Jorge E. Garcia, Registered Agent
   18805 N. Bay Rd.,
   North Miami Beach, FL 33160
   Insurance Special Assessment Payment $ **8.33** /month (Months **1** to **60**)
   Club House Special Assessment Payment $ **7.94** /month (Months **1** to **60**)
   Account No:     Regular Payment $ **196.75** /month (Months **1** to **60**)

**IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING YOUR CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 AND LR 3015-3.**

| Secured Creditor | Description of Collateral and Value of Collateral | Interest Rate | Plan Payments | Months of Payment | Total Plan Payments |
|---|---|---|---|---|---|
| Fountainview Association, Inc. #2 c/o its Registered Agent Jorge E. Garcia 18805 N. Bay Road North Miami Beach, FL 33160 | Location: 16801 NE 14th Avenue Apt 210, Miami FL 33162 real property $42,760 value per Miami Dade County Property Appraiser | 0 | 0 | 0 | 0 |

Priority Creditors: [as defined in 11 U.S.C. §507]
N/A

Unsecured Creditors:  Pay $ **156.01** /month (Months **1** to **60**)

Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

Other Provisions Not Included Above:

*The debtor(s) is hereby advised that the chapter 13 trustee has requested that the debtor(s) comply with 521(f) 1-4 on an annual basis during the pendency of this case. The debtor(s) hereby acknowledges that the deadline for providing the Trustee with their filed tax returns is on or before May 15 of each year the case is pending and that the debtor(s) shall provide the trustee with verification of their disposable income if their gross household income increases by more than 3% over the previous year's income.

LF-31 (rev. 01/08/10)

\*The Debtor is paying his mortgage (to PHH Mortgage) directly to the creditor outside the plan.

\*The debtor(s) will modify the plan to increase the amounts to be paid to provide for a 100% payment of all allowed unsecured claims.

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

/s/
**Jaime Wong**
Debtor                                                    Joint Debtor

Date:   **October 23, 2015**                              Date: