UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:
JAIME WONG                                Bk. No. 15-19415-LMI

    Debtor                                      Chapter 13
_____/

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that the undersigned counsel enters its appearance for **PHH Mortgage Corporation,** a creditor and/or party in interest ("the Creditor"), with regards to its Mortgage recorded October 22, 2006, Book 25031 and Page 3343-3362 on the real property, located at 16801 NORTHEAST 14 AVENUE APT 210, MIAMI, FL 33162, in the above captioned bankruptcy matter, and pursuant to Bankruptcy Rule 2002(g) and 2002(h) and 9007 and §1109(b) of the Bankruptcy Code, demands that all notices that are required to be given in this case and all papers that are required to be served in this case, be given to and served upon the undersigned at the office, post office address and telephone number set forth below.

**PLEASE TAKE FURTHER NOTICE** that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral whether transmitted or conveyed by mail, delivered, telephone, telegraph, telex or otherwise which affect or seek to affect in anyway any of the Creditor's rights or interest, with respect to the Debtor or the property on which Creditor holds a mortgage lien.

PH # 80000

**CERTIFICATE PURSUANT TO LOCAL RULE 9011-4(B)(1)**

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the court set forth in Local Rule 2090-1(A).

January 19, 2017

    /s/ Stefan Beuge, Esquire
    Stefan Beuge, Esq., Florida Bar No. 68234
    Phelan Hallinan Diamond & Jones, PLLC
    2727 West Cypress Creek Road
    Ft. Lauderdale, FL 33309
    Tel: 954-462-7000 Ext. 56588
    Fax: 954-462-7001
    FLSD.bankruptcy@phelanhallinan.com