UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:  Case No. 15-19415-LMI
Jaime Wong  Chapter 13

_____Debtor._____/

## AGREED NOTICE OF SUBSTITUTION OF COUNSEL FOR SECURED CREDITOR
## PHH Mortgage Corporation

**IT IS HEREBY NOTIFIED AND AGREED** that Christopher Giacinto, Esq., of Shapiro, Fishman & Gaché, LLP, be substituted by Steve Powrozek, Esq., of Shapiro, Fishman & Gaché, LLP, as Counsel of record for the above named Secured Creditor. That Christopher Giacinto, Esq. shall no longer represent nor have any responsibility to represent the Secured Creditor.

That the Creditor herein consent(s) to this Substitution of Counsel and by signing below, Christopher Giacinto, Esq. and Steve Powrozek, Esq. advise this Honorable Court that there is no objection to this substitution of counsel and all parties agree to this substitution of counsel.

All future pleadings, correspondence, and other papers should be directed to:

Steve Powrozek, Esq.
4630 Woodland Corporate Blvd.
Suite 100
Tampa, Florida 33614
Tel: 813-880-8888
Fax: 813-880-8800

| | |
|---|---|
| Shapiro, Fishman & Gaché, LLP | Shapiro, Fishman & Gaché, LLP |
| 4630 Woodland Corporate Blvd. | 4630 Woodland Corporate Blvd. |
| Suite 100 | Suite 100 |
| Tampa, FL 33614 | Tampa, FL 33614 |
| Tel: 813-880-8888 | Tel: 813-880-8888 |
| Fax: 813-880-8800 | Fax: 813-880-8800 |
| | |
| By: _/s/ Christopher Giacinto___ | By: _/s/ Steve Powrozek___ |
| Christopher Giacinto | Steve Powrozek |
| Florida Bar No: 55866 | Florida Bar No. 316120 |

15-287503