UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:   Jaime Wong                                    Case No. 15-19415-LMI
                                                       Chapter 13

_____Debtor_____/

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to U.S.C. Section 1329 of the Bankruptcy Code, the Debtor, Jaime Wong, respectfully moves the Court to modify his confirmed Chapter 13 Plan as follows:

1. The Debtor filed a Chapter 13 bankruptcy voluntary petition on May 22, 2015, to save his home from a condominium foreclosure.

2. His plan was confirmed on November 12, 2015.

3. The Debtor is paying ongoing maintenance fees to the condominium association through the plan.

4. The maintenance fees increased. The Debtor needs to modify his plan accordingly.

5. Additionally, the Debtor is receiving additional family support which now permits him to finish his plan in less time. The proposed, modified plan period is 52 months (instead of the confirmed 60-month plan).

Respectfully submitted,
LEGAL SERVICES OF GREATER MIAMI, INC.
Attorneys for Debtor
4343 West Flagler Street, Suite 100
Miami, Florida 33134
Telephone/Facsimile: (305) 438-2401
_____/s/_____
Jacqueline C. Ledón, Esq.
Florida Bar No.: 0022719