UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:  Jaime Wong	Case No.  15-19415-LMI
	Chapter 13

_____Debtor/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the Debtor's Motion to Modify Chapter 13 Plan (D.E. 91), Notice of Hearing on Motion to Modify Plan (D.E. 92) and First Modified Plan (D.E. 93) were served as follows:

*via electronic mailing on June 22, 2018:*

Denise Archuleta-Snyder on behalf of Creditor PHH Mortgage Corporation
ecfflsb@aldridgepite.com, dasnyder@ecf.inforuptcy.com

Stefan Beuge, Esq. on behalf of Creditor PHH Mortgage Corporation
flsd.bankruptcy@phelanhallinan.com, Stefan.Beuge@phelanhallinan.com

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Steven G. Powrozek, Esq. on behalf of Creditor PHH Mortgage Corporation
spowrozek@logs.com, electronicbankruptcynotices@logs.com

 *via U.S. Mail on June25, 2018:*

Recovery Management Systems Corp
25 SE 2 Ave #1120
Miami, FL 33131

	Respectfully submitted,
	LEGAL SERVICES OF GREATER MIAMI, INC.
	Attorneys for Debtor
	4343 W. Flagler Street, Suite 100
	Miami, Florida 33134
	Telephone/Facsimile: (305) 438-2401
	_____/s/_____
	Jacqueline C. Ledón, Esq.
	Florida Bar No.: 0022719